**Order entered April 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00280-CV

## IN RE FREDERICK Q. HERROD, Relator

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F00-48012-SL**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/    KEN MOLBERG
        JUSTICE